# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted January 18, 2017
Decided January 23, 2017

Before

RICHARD A. POSNER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| No. 16-8033 | IN RE: <br>     TRANS UNION, LLC, <br>                     Petitioner |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:14-cv-00135-WTL-DKL <br> Southern District of Indiana, Terre Haute Division <br> District Judge William T. Lawrence ||

The following are before the court:

1. **DEFENDANT-PETITIONER TRANS UNION, LLC'S PETITION FOR INTERLOCUTORY APPEAL, PURSUANT TO 28 U.S.C. § 1292(b)**, filed on December 27, 2016, by counsel for Petitioner.

2. **PLAINTIFF-RESPONDENT'S RESPONSE IN OPPOSITION TO TRANS UNION, LLC'S PETITION FOR INTERLOCUTORY APPEAL, PURSUANT TO 28 U.S.C. 1292(b)**, filed on January 6, 2017, by counsel for Respondent.

**IT IS ORDERED** that the petition for permission to appeal pursuant to 28 U.S.C. §1292(b), appeal no. 16-8033, is **GRANTED**. Petitioners shall pay the required appellate fees to the clerk of the district court within ten days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

No. 16-8033                                                                                              Page 2

The briefing schedule is as follows:

1. The brief and required short appendix of the petitioner are due by February 23, 2017.

2. The brief of the respondent is due by March 23, 2017.

3. The reply brief of the petitioner, if any, is due by April 6, 2017.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_3J**(form ID: **177**)