UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| RICHARD WATKINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Cause No. 2:14-cv-135-WTL-MJD |
| TRANS UNION, LLC, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation (Dkt. No. 255) on the Plaintiff's Motion for Attorney's Fees and Costs (Dkt. No. 204). The parties were afforded due opportunity pursuant to the applicable statute rule to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation as set forth in Docket Number 255 in its entirety. The Defendant shall pay the Plaintiff the amount of $10,532.75 and file a notice that the payment has been made **within 21 days of the date of this Order**.

SO ORDERED: 2/15/2019

_William T. Lawrence_
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification