UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RICHARD WATKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause No. 2:14-cv-135-WTL-MJD |
| TRANS UNION, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge has submitted his Report and Recommendation (Dkt. No. 256) on the Plaintiff's Second Motion for Sanctions (Dkt. No. 212). The parties were afforded due opportunity pursuant to the applicable statute rule to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation as set forth in Docket Number 256 in its entirety and **DENIES** the Plaintiff's motion for the reasons set forth therein.

SO ORDERED: 2/28/2019

_____
Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification